HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Assistant Federal Defender
JORDAN DAVIS
Certified Student Attorney
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
KRISTINA PHILLIPS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>KRISTINA PHILLIPS,<br><br>              Defendant. | NO. 2:15-mj- 0199-KJN<br><br>STIPULATION AND ORDER TO VACATE BENCH TRIAL AND SET FOR CHANGE OF PLEA AND SENTENCING<br><br>DATE:  December 14, 2015<br>TIME:   9:00 a.m.<br>JUDGE: Hon. Kendall J. Newman |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto through their respective counsel, ELLIOT WONG, Special Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, attorney for defendant, KRISTINA PHILLIPS, and Certified Student Attorney, JORDAN DAVIS, that the Court vacate the trial date of December 14, 2015 at 9:00 a.m., and set a change of plea hearing on December 23, 2015 at 9:00 a.m.

Dated: December 8, 2015

                                            Respectfully submitted,
                                            HEATHER E. WILLIAMS
                                            Federal Defender

                                            */s/ Linda Harter*
                                            LINDA HARTER
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            KRISTINA PHILLIPS

| | |
|---|---|
| Dated: December 7, 2015 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>*/s/ Elliot Wong*<br>ELLIOT WONG<br>Special Assistant United States Attorney<br>Attorney for Plaintiff |

### O R D ER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

It is hereby ordered that the trial presently set for December 14, 2015, at 9:00 a.m., be vacated, and that a change of plea and sentencing date be set for December 23, 2015, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  December 9, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

*U.S. v. Phillips*
Stipulation and Order

-2-