**FILED**

MAR - 3 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
VS.
Kristina A. Phillips

CASE/CITATION NO. 2:15-mj-00199 KJN

**ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
_____
CITY            STATE           ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: _____        _____
                                   DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

(X) Fine: $ 350 _____ and a penalty assessment of $ 10 _____ for a TOTAL AMOUNT OF: $ 360 _____ within _____ days/months, or payments of $ 35 ___ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

**PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (check one):**

☐ **CENTRAL VIOLATIONS BUREAU**
  PO BOX 71363
  PHILADELPHIA, PA 19176-1363
  1-800-827-2982
    or
  Pay on-line at www.cvb.uscourts.gov
  and Click on "Pay On-Line"

☐ **CLERK, USDC**
  2500 TULARE ST., RM. 1501
  FRESNO, CA 93721-1322

☒ **CLERK, USDC**
  501 I STREET, STE. 4-200
  SACRAMENTO, CA 95814-2322

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 3/3/2016            _____
                           U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET                                                      EDCA-3